# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

MARCUS HILL,

        Plaintiff,

v.

ROCKFORD HOUSING AUTHORITY,

        Defendant.

Case No. 3:21-cv-50392

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED** between the Plaintiff, MARCUS HILL, and the Defendant, ROCKFORD HOUSING AUTHORITY, that any and all causes of action set forth in Plaintiff's Complaint have been resolved and that all Complaints, Third-Party actions, Counterclaims and Cross-claims, and this lawsuit against Defendant ROCKFORD HOUSING AUTHORITY be dismissed with prejudice in their entirety, with each party to bear their own costs, and without further notice.

| **MARCUS HILL** | **ROCKFORD HOUSING AUTHORITY** |
|---|---|
| [signature] | /s/ Allie M. Burnet |
| Brandi L. Chudoba | Allie M. Burnet |
| **Faulkner Spears & Chudoba LLC** | **Best Vanderlaan & Harrington** |
| 308 West State Street, Suite 115 | 25 E. Washington St., Suite 800 |
| Rockford, IL 61101 | Chicago, IL 60602 |
| (815) 963-8050 | (312) 819-1100 |
| bchudoba@fsclegal.com | eservice@bestfirm.com |
| | aburnet@bestfirm.com |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **electronic delivery through the Court's filing system t**o the address(es) of record on January 2, 2024.

    /s/ Allie M. Burnet